**01–1.  State ex rel. Schultz v. Indus. Comm.**
Franklin App. No. 00AP–166. On request for oral argument. Request denied.

**01–659.  Cosby v. Cosby.**
Butler App. No. CA99–11–192. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of the motion of *amici curiae*, State Teachers Retirement System of Ohio et al., to participate in oral argument scheduled for April 9, 2002, as *amici curiae* supporting neither party, pursuant to S.Ct.Prac.R. IX(6)(A),

IT IS ORDERED by the court that the motion is granted and *amici curiae* shall have five minutes following appellee's argument.

**01–1635.  State ex rel. Rasul–Bey v. Onunwor.**
In Mandamus. On bill and documentation pursuant to court's January 16, 2002 order awarding attorney fees. It is hereby ordered that relator be and hereby is awarded $1,557.50 in attorney fees.
LUNDBERG STRATTON, J., dissents.

**01–1693.  Spalding v. Coulson.**
Cuyahoga App. No. 76666. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion of appellee, Robert Coulson, for extension of time to file merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion be, and hereby is, granted, and the briefing schedule is stayed pending conclusion of mediation.

**02–44.  State ex rel. Knop v. Indus. Comm.**
Franklin App. No. 01AP–366. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the motion for stay of proceedings pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion be, and hereby is, granted, and the briefing schedule is stayed pending conclusion of mediation.

**02–149.  Jones v. Action Coupling & Equip., Inc.**
Holmes App. No. 01CA013. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated at page 2 of the court of appeals' Judgment Entry dated January 25, 2002:

"Whether R.C. 4123.65 is applicable to state fund claims in which settlement is reached during litigation brought pursuant to R.C. 4123.512."

*Sua sponte*, cause consolidated with 02–70, *Jones v. Action Coupling & Equip., Inc.*, Holmes App. No. 01CA013.

The conflict cases are *Bedinghaus v. Ohio Bur. of Workers' Comp.* (Mar. 16, 2001), Hamilton App. No. C–000468, unreported, 2001 WL 300734; and *Macek v. Damon Baird Excavating & Land Improvement Co.* (Dec. 21, 1999), Columbiana App. No. 99CO6, unreported, 1999 WL 1243297.

**02–223.  Vohsing v. Auto–Owners Ins. Co.**
Licking App. No. 01CA56. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte*, cause held for the decision in 01–1474 and 01–1867, *Hillyer v. State Farm Fire & Cas. Co.*, Cuyahoga App. No. 79176; briefing schedule stayed.

COOK, J., concurs but would hold this cause for the decision in 01–1786, *Lemm v. The Hartford*, Franklin App. No. 01AP–251.

LUNDBERG STRATTON, J., dissents.